# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132000 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAQUAN TREMAINE JOHNSON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  132000
COA:  267435
Genesee CC: 00-007029-FC

On order of the Court, the application for leave to appeal the July 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

s1218